**AFFIRMED as MODIFIED and Opinion Filed February 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00615-CR

**KEION WILSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1623323-N**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

Appellant was charged with intent to deliver a controlled substance in an amount of four grams or more but less than 200 grams, pled guilty, and in accordance with a plea bargain, the court deferred adjudication of guilt, placed appellant on five years community supervision, and assessed a $1,000 fine.

After appellant was subsequently charged with interfering with an emergency request for assistance, aggravated robbery, and possession of marijuana, the State moved to adjudicate guilt. After a hearing, the trial court found appellant guilty of intent to deliver a controlled substance in an amount of four grams or more but less than 200 grams and assessed punishment at fifteen years imprisonment.

In three issues, appellant requests that we modify the judgment to reflect that (i) he pled not true to the violations alleged in the motion to adjudicate guilt, (ii) he did not enter into a plea bargain concerning the motion to adjudicate guilt, and (iii) the trial court found that he violated condition (a) of his community supervision terms. The State agrees that the judgment should be so modified.

We are authorized to reform a judgment to make the record speak the truth when we have the necessary information to do so. *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993).

Here, the record reflects that (i) appellant pled not true to the violations alleged in the motion to adjudicate guilt, (ii) appellant did not enter into a plea bargain concerning the motion to adjudicate guilt, and (iii) the trial court found that appellant violated condition (a) of his community supervision terms. We therefore sustain appellant's issues and modify the judgment accordingly.

As modified, the judgment is affirmed.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
Tex. R. App. P. 47
180615F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEION WILSON, Appellant

No. 05-18-00615-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court, Dallas County, Texas

Trial Court Cause No. F-1623323-N.

Opinion delivered by Justice Whitehill.

Justices Molberg and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that (i) appellant pled not true to the violations alleged in the motion to adjudicate guilt, (ii) appellant did not enter into a plea bargain concerning the motion to adjudicate guilt, and (iii) the trial court found that appellant violated condition (a) of his community supervision terms. As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered February 15, 2019